# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 16-7025                                September Term, 2015

1:15-cv-00162-CKK

Filed On: March 15, 2016 [1604127]

Brian Wrenn, et al.,

        Appellants

    v.

District of Columbia and Cathy L. Lanier,

        Appellees

## O R D E R

The notice of appeal was filed on March 7, 2016, and docketed in this court on March 15, 2016. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 14, 2016 |
| Docketing Statement Form | April 14, 2016 |
| Entry of Appearance Form | April 14, 2016 |
| Procedural motions, if any | April 14, 2016 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 14, 2016 |
| Statement of Issues to be Raised | April 14, 2016 |
| Transcript Status Report | April 14, 2016 |
| Underlying Decision from Which Appeal or Petition Arises | April 14, 2016 |
| Dispositive Motions, if any (Original and 4 copies) | April 29, 2016 |

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 14, 2016 |
| Entry of Appearance Form | April 14, 2016 |
| Procedural motions, if any | April 14, 2016 |
| Dispositive Motions, if any (Original and 4 copies) | April 29, 2016 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
John J. Accursio
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases