NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 16-7025

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

BRIAN WRENN, *et al.*,
APPELLANTS,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLEES.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLEES' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

The District of Columbia and Metropolitan Police Department Chief Cathy Lanier ("the District") submit the following information in accordance with Circuit Rule 28(a)(1):

A. *Parties and amici*.—Brian Wrenn, Joshua Akery, Tyler Whidby, and the Second Amendment Foundation, Inc., are appellants here and plaintiffs below. The District of Columbia and Chief Lanier are appellees here and defendants below. Brady Center to Prevent Gun Violence and Everytown for Gun Safety are

participating in the district court as amici curiae for the defendants. As of now, no amici have sought leave to participate in this appeal.

B. *Rulings under review*.—The appellants appeal an order issued on March 7, 2016, by District Court Judge Colleen Kollar-Kotelly, denying their motion for a preliminary injunction (ECF Docket No. 54).

C. *Related cases*.—This case has been before this Court once before. In *Wrenn v. District of Columbia*, 808 F.3d 81 (D.C. Cir. 2015), this Court vacated a preliminary injunction issued by the district court because the visiting judge who had issued it did not have jurisdiction over the case. *Id.* at 84. On remand, the case was assigned to Judge Kollar-Kotelly, who issued the order on appeal now.

On February 10 and 11, 2016, the appellants and the District filed notices in the district court identifying *Grace v. District of Columbia*, Civil Action No. 15-02234 (RJL), as a related case. ECF Docket No. 42, 43. The District of Columbia and Chief Lanier, who are also defendants in *Grace*, filed a corresponding notice with the district court in that lawsuit. *Grace* ECF Docket No. 34. The *Grace* plaintiffs filed an objection to the notice, arguing that the cases are not related. *Grace* ECF Docket No. 35. The district court has not ruled on whether the cases are related or taken any action as a result of these filings.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TODD S. KIM
Solicitor General

LOREN L. ALIKHAN
Deputy Solicitor General

/s/ Holly M. Johnson
HOLLY M. JOHNSON
Assistant Attorney General
Bar Number 476331
Office of the Solicitor General

Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001
(202) 442-9890
(202) 715-7713 (fax)

April 2016       holly.johnson@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on April 13, 2016, this certificate was served through the Court's ECF system to:

Alan Gura, Esq.
Gura & Possessky, PLLC
916 Prince Street, Suite 107
Alexandria, VA 22314

/s/ Holly M. Johnson
HOLLY M. JOHNSON