# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Brian Wrenn, et al.

**v.**      **Case No:** 16-7025

District of Columbia and Cathy Lanier

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

◉ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae

Brian Wrenn

Joshua Akery

Tyler Whidby

Second Amendment Foundation, Inc.

Names of Parties      Names of Parties

### Counsel Information

Lead Counsel: Alan Gura

Direct Phone: ( 703 ) 835-9085  Fax: ( 703 ) 997-7665  Email: alan@gurapossessky.com

2nd Counsel:

Direct Phone: ( ___ ) ___ - ___  Fax: ( ___ ) ___ - ___  Email:

3rd Counsel:

Direct Phone: ( ___ ) ___ - ___  Fax: ( ___ ) ___ - ___  Email:

Firm Name: Gura & Possessky, PLLC

Firm Address: 916 Prince Street, Suite 107, Alexandria, VA 22314

Firm Phone: ( 703 ) 835-9085  Fax: ( 703 ) 997-7665  Email: alan@gurapossessky.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2016, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties/counsel of record by operation of the court's electronic filing system.

/s/ Alan Gura
Alan Gura

Counsel for Appellants