# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 16-7025
2. DATE DOCKETED: 03-15-2016
3. CASE NAME (lead parties only) Brian Wrenn v. District of Columbia
4. TYPE OF CASE: ☒ District Ct - ○ US Civil ● Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court  ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ● Yes ○ No
   If YES, cite statute 28 U.S.C. § 1657(a)
6. CASE INFORMATION:
   a. District Court Docket No.      Bankruptcy Court Docket No.      Tax Court Docket No.
      Civil Action 15-162             Bankruptcy                        Tax
      Criminal                        Adversary
      Miscellaneous                   Ancillary
   b. Review is sought of:
      ☐ Final Order   ☒ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Colleen Kollar-Kotelly                Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 03-07-2016   e. Date notice of appeal filed: 03-07-2016
   f. Has any other notice of appeal been filed in this case? ● Yes ○ No   If YES, date filed: 06-10-2015
   g. Are any motions currently pending in trial court? ● Yes ○ No   If YES, date filed: 03-18-2016
      If YES, identify motion Motion to Stay Proceedings Pending Appeal
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ○ Yes ● No
      If NO, why not? No argument held
   i. Has this case been before the Court under another appeal number? ● Yes Appeal # 15-7057   ○ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ● Yes ○ No If YES, give each case's court and case name, and docket number:
      Grace v. DC, U.S. Dist. DC, 15-2234; Peruta v. Cnty of San Diego/Richards v. Prieto, 9th Cir. 10-56971/11-16255
   k. Does this case turn on validity or correct interpretation or application of a statute? ● Yes ○ No
      If YES, give popular name and citation of statute D.C. Code §§ 7-2509.11, 22-4506(a)
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ● No   If so, provide program name and participation dates

Signature /s/ Alan Gura                                   Date 04-13-2016
Name of Party Brian Wrenn, Joshua Akery, Tyler Whidby, Second Amendment Fndtn Inc.
Name of Counsel for Appellant/Petitioner Alan Gura
Address 916 Prince Street, Suite 107, Alexandria, VA 22314
Phone ( 703 ) 835-9085      Fax ( 703 ) 997-7665
ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2016, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties/counsel of record by operation of the court's electronic filing system.

/s/ Alan Gura
Alan Gura

Counsel for Appellants