NOT YET SCHEDULED FOR ORAL ARGUMENT

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Brian Wrenn, et al., | ) | No. 16-7025 |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| District of Columbia and | ) | |
| Cathy Lanier, et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

Appellants Brian Wrenn, Joshua Akery, Tyler Whidby, and Second Amendment Foundation, Inc., submit their Certificate as to Parties, Rulings and Related Cases.

A. PARTIES AND AMICI

Plaintiffs below were Brian Wrenn, Joshua Akery, Tyler Whidby, and Second Amendment Foundation, Inc. All plaintiffs are Appellants before this Court.

1

Defendants below were Cathy Lanier and the District of Columbia. All Defendants are Appellees before this Court.

Amici in the District Court were Everytown for Gun Safety and Brady Center to Prevent Gun Violence.

Plaintiff-Appellant Second Amendment Foundation, Inc., ("SAF") has no parent corporations. No publicly traded company owns 10% or more of its stock.

SAF, a tax-exempt organization under § 501(c)(3) of the Internal Revenue Code, is a non-profit educational foundation incorporated in 1974 under the laws of the State of Washington. SAF seeks to preserve the effectiveness of the Second Amendment through educational and legal action programs. SAF has over 650,000 members and supporters residing throughout the United States. SAF brought this action on behalf of its members.

B.    Rulings under Review

The ruling under review is the Memorandum Decision and Order of the United States District Court for the District of Columbia, per the Hon. Colleen Kollar-Kotelly, Dist. Ct. Dkt. 54, entered March 7, 2016,

denying Plaintiffs-Appellants' motion for preliminary injunction. The decision is not yet reported, but is available at 2016 U.S. Dist. LEXIS 28362.

C. RELATED CASES

This case has been before this Court, No. 15-7057. A related case is pending in the District Court: *Grace* v. *District of Columbia*, D.D.C. No. 15-CV-2234-RJL.

This case was also related to *Palmer* v. *District of Columbia*, U.S. Dist. Ct., D.D.C. No. 09-1482-FJS. In *Palmer*, which involved the same Defendants, Plaintiff SAF, and Plaintiff SAF's members, the District Court struck down the city's statutory scheme addressing the carrying of handguns in public for self-defense. The District Court had enjoined the City's handgun carrying prohibition until a constitutional licensing system was in place. The case involved motions to enforce that order, concerning the same regulations here at issue, which were pending before the District Court when this case was filed.

Dated: April 13, 2016                Respectfully submitted,

/s/ Alan Gura
Alan Gura
Gura & Possessky, PLLC
916 Prince Street, Suite 107
Alexandria, VA 22314
703.835.9085/703.997.7665

Counsel for Appellants

# CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2016, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties/counsel of record by operation of the court's electronic filing system.

/s/ Alan Gura
Alan Gura

Counsel for Appellants