IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Brian Wrenn, et al., | ) | No. 16-7025 |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| District of Columbia and | ) | |
| Cathy Lanier, et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

STATEMENT OF INTENT RE: DEFERRED JOINT APPENDIX

Appellants hereby provide notice that they do not intend to utilize a deferred joint appendix.

Dated: April 13, 2016

Respectfully submitted,

/s/ Alan Gura
Alan Gura
Gura & Possessky, PLLC
916 Prince Street, Suite 107
Alexandria, VA 22314
703.835.9085/703.997.7665

Counsel for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2016, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties/counsel of record by operation of the court's electronic filing system.

/s/ Alan Gura
Alan Gura

Counsel for Appellants