# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 16-7025**                                   **September Term, 2015**

1:15-cv-00162-CKK

**Filed On:** May 4, 2016

Brian Wrenn, et al.,

      Appellants

   v.

District of Columbia and Cathy L. Lanier,

      Appellees

**BEFORE:**    Rogers, Kavanaugh*, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay of district court proceedings pending appeal, the opposition thereto, and the reply, it is

**ORDERED** that the motion be denied. Appellants have not shown that proceedings in the district court should be stayed pending resolution of this appeal. It is

**FURTHER ORDERED** that this case will be heard on an expedited basis in accordance with 28 U.S.C. § 1657(a). The Clerk is directed to enter a standard briefing schedule and calendar the case for oral argument in September 2016.

## Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Robert J. Cavello
      Deputy Clerk

_____

\* Judge Kavanaugh would grant the motion for stay.