# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 16-7025                                          September Term, 2015

1:15-cv-00162-CKK

Filed On: May 4, 2016

Brian Wrenn, et al.,

    Appellants

    v.

District of Columbia and Cathy L. Lanier,

    Appellees

# O R D E R

It is **ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellants' Brief | June 13, 2016 |
| Joint Appendix | June 13, 2016 |
| Appellees' Brief | July 13, 2016 |
| Appellants' Reply Brief | July 27, 2016 |

All issues and arguments must be raised by appellants in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 41 (2016); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are directed to hand deliver the paper copies of their briefs to the Clerk's office on the date due. All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                    BY:    /s/
                            Robert J. Cavello
                            Deputy Clerk