# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BRIAN WRENN, et al., ) <br> ) <br> Appellants, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, et al., ) <br> ) <br> Appellees. ) <br> ) | Case No. 16-7025 |

## NOTICE OF INTENT TO PARTICIPATE AS
## AMICUS CURIAE AND REPRESENTATION OF CONSENT OF
## DC APPLESEED CENTER FOR LAW & JUSTICE

Pursuant to Federal Rule of Appellate Procedure 29 and Circuit Rule 29, the DC Appleseed Center for Law & Justice ("DC Appleseed") hereby notifies the Court that it intends to participate in this appeal as amicus curiae in support of Defendants-Appellees and that all parties have consented to its participation.

1. On March 7, 2016, the district court issued an Order in *Brian Wrenn, et al. v. District of Columbia, et al.*, No. 1:15-cv-00162-CKK (D.D.C.), denying Plaintiffs' motion for a preliminary injunction. This appeal followed.

2. DC Appleseed is a non-partisan, not-for-profit organization dedicated to solving the problems that affect the daily lives of those who live and work in the National Capital area. As a local organization, DC Appleseed works exclusively on

public policy problems facing the National Capital Area. Gun violence has long plagued the District of Columbia, and one of DC Appleseed's core missions is to engage in public education about creative solutions to that problem. Among other initiatives, DC Appleseed has filed briefs amicus curiae in the Supreme Court and this Court in cases involving the constitutionality of the District's gun laws, including *District of Columbia v. Heller*, 554 U.S. 570 (2008), *Heller v. District of Columbia*, No. 14-7071 (D.C. Cir.), and *Brian Wrenn, et al. v. District of Columbia, et al.*, No. 15-7057 (D.C. Cir.). DC Appleseed certifies that a separate brief is necessary because DC Appleseed intends to address the issues in this case from the perspective of an organization dedicated to public policy issues specifically affecting the residents of the District of Columbia.

3. DC Appleseed has been authorized by counsel for Defendants-Appellees and counsel for Plaintiffs-Appellants to represent that they consent to its participation as amicus curiae.

Respectfully submitted,

/s/ Paul R.Q. Wolfson
PAUL R.Q. WOLFSON
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
paul.wolfson@wilmerhale.com

WALTER A. SMITH, JR.
KEVIN HILGERS
DC APPLESEED CENTER FOR LAW & JUSTICE
1111 14th Street, N.W., Suite 510
Washington, D.C. 20005
(202) 289-8007

Dated: June 8, 2016

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, DC Appleseed Center for Law & Justice ("DC Appleseed") certifies that it is a non-profit organization that does not issue stock and has no parent company. No publicly-held company has a 10% or greater ownership interest in DC Appleseed.

/s/ Paul R.Q. Wolfson
PAUL R.Q. WOLFSON
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
paul.wolfson@wilmerhale.com

WALTER A. SMITH, JR.
KEVIN HILGERS
DC APPLESEED CENTER FOR LAW & JUSTICE
1111 14th Street N.W., Suite 510
Washington, D.C. 20005
(202) 289-8007

Dated: June 8, 2016

# CERTIFICATE OF SERVICE

I hereby certify that, on June 8, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Paul R.Q. Wolfson
PAUL R.Q. WOLFSON
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
paul.wolfson@wilmerhale.com


WALTER A. SMITH, JR.
KEVIN HILGERS
DC APPLESEED CENTER FOR LAW & JUSTICE
1111 14th Street N.W., Suite 510
Washington, D.C. 20005
(202) 289-8007

Dated: June 8, 2016