No. 16-7025

# In the United States Court of Appeals for the District of Columbia Circuit

BRIAN WRENN, et al.,
*Plaintiffs-Appellants*,

v.

DISTRICT OF COLUMBIA, et al.,
*Defendants-Appellees.*

On Appeal from the United States District Court for the District of Columbia

**NOTICE BY EVERYTOWN FOR GUN SAFETY
OF INTENT TO FILE A BRIEF AS *AMICUS CURIAE*
IN SUPPORT OF APPELLEES**

Everytown for Gun Safety hereby notifies the Court, under D.C. Circuit Rule 29(b), that it intends to file a brief as *amicus curiae* in support of the Appellees, and that all parties have consented to its participation as *amicus curiae*.

Dated: July 5, 2016

Respectfully submitted,

*/s/ Deepak Gupta*
Deepak Gupta
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
(202) 888-1741
*deepak@guptawessler.com*

## CORPORATE DISCOLSURE STATEMENT (RULE 26.1)

Everytown for Gun Safety has no parent corporations. It has no stock, and hence, no publicly held company owns 10% or more of its stock.

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2016, I electronically filed the foregoing notice with the Clerk of the Court of the U.S. Court of Appeals for the District of Columbia Circuit by using the Appellate CM/ECF system. All participants are registered CM/ECF users, and will be served by the Appellate CM/ECF system.

*/s/ Deepak Gupta*
Deepak Gupta