# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BRIAN WRENN, et al., ) <br> ) <br> Plaintiffs-Appellants, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, et al., ) <br> ) <br> Defendants-Appellees. ) <br> ) | Case No. 16-7025 |

**AMENDED NOTICE OF INTENT TO PARTICIPATE AS
AMICI CURIAE AND REPRESENTATION OF CONSENT OF
DC APPLESEED CENTER FOR LAW & JUSTICE,
DC FOR DEMOCRACY, DC VOTE, THE LEAGUE OF
WOMEN VOTERS OF THE DISTRICT OF COLUMBIA,
FORMER MAYOR ANTHONY A. WILLIAMS,
AND FORMER MAYOR VINCENT C. GRAY**

Pursuant to Federal Rule of Appellate Procedure 29 and Circuit Rule 29, the DC Appleseed Center for Law & Justice ("DC Appleseed"), DC for Democracy, DC Vote, The League of Women Voters of the District of Columbia, and Former Mayors Vincent C. Gray and Anthony A. Williams hereby provide notice that they intend to participate in this appeal as amici curiae in support of Defendants-Appellees and that all parties have consented to their participation.

DC Appleseed Center for Law & Justice ("DC Appleseed") is a nonprofit organization dedicated to solving pressing public policy problems facing the District

and its metropolitan area, including gun violence. DC Appleseed's efforts have included the filing of amicus briefs with the Supreme Court in *District of Columbia v. Heller*, 554 U.S. 570 (2008), and with this Court in *Heller v. District of Columbia*, No. 14-7071, and *Grace v. District of Columbia*, No. 16-7067. Several of the amici joining in this brief also signed those briefs.

DC for Democracy is a leading unaligned progressive group of activists, community leaders, and everyday voters in the District of Columbia working for positive changes in our local and federal government and full citizenship rights through statehood for the people of Washington, D.C.

DC Vote is a national organization dedicated to securing voting representation and full equality for the disenfranchised residents of the District.

The League of Women Voters of the District of Columbia is a nonpartisan political organization that encourages informed and active participation of citizens in government.

Vincent C. Gray, the former Mayor of Washington, D.C. (2011-2015), is a native Washingtonian and the Democratic nominee for Ward 7 Member of the Council of the District of Columbia. As Mayor, his administration vigorously defended the District's gun-safety laws in court and crafted and proposed the public-carry regulation challenged in this case. Before his election as Mayor, he was the Chairman and Ward 7 Member of the Council of the District of Columbia.

Anthony A. Williams, the former Mayor of Washington, D.C. (1999-2007), is the current Chief Executive Officer of the Federal City Council, an organization focusing the creative and administrative talents of Washington's business and professional leaders on major problems and opportunities facing the city. He is widely credited with leading the comeback of Washington, D.C. during his two terms as Mayor, restoring the finances of our Nation's capital, and improving the performance of government agencies, all while lowering taxes and investing in infrastructure and human services. Before his election as Mayor, he was the independent Chief Financial Officer of the District from 1995 to 1998, working with and on behalf of local officials, the D.C. Financial Control Board, and the U.S. Congress.

The amici joining in this brief are filing a separate brief from the briefs for amici Brady Center to Prevent Gun Violence and Everytown for Gun Safety. The amici joining this brief have a distinct perspective—that of local organizations and leaders dedicated to improving the lives of the citizens of the District of Columbia and strongly committed to an effective, accountable local government in the District. Accordingly, a separate brief is necessary to permit the organizations and leaders joining this brief to provide, inter alia, their local perspective on the issues before the Court.

Counsel for amici has been authorized by counsel for Plaintiffs-Appellants and counsel for Defendants-Appellees to represent that they consent to their participation as amici curiae.

Dated: July 20, 2016

WALTER A. SMITH, JR.
KEVIN HILGERS
DC APPLESEED CENTER
   FOR LAW & JUSTICE
1111 Fourteenth Street, NW
Washington, DC 20005
Tel.: (202) 289-8007
Fax: (202) 289-8009

Respectfully submitted,

/s/ Paul R.Q. Wolfson
PAUL R.Q. WOLFSON
FRANCESCO VALENTINI
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
paul.wolfson@wilmerhale.com

ALLISON TRZOP*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8000

*Admitted to practice only in Massachusetts. Supervised by members of the firm who are admitted to practice in New York.*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, counsel for amici hereby certifies that:

1. DC Appleseed Center for Law & Justice is a nonprofit corporation that does not have outstanding shares or debt securities in the hands of the public and does not have a parent company. No publicly held company has a 10% or greater ownership interest in DC Appleseed Center for Law & Justice.

2. DC for Democracy is a nonprofit corporation that does not have outstanding shares or debt securities in the hands of the public and does not have a parent company. No publicly held company has a 10% or greater ownership interest in DC for Democracy.

3. DC Vote is a nonprofit corporation that does not have outstanding shares or debt securities in the hands of the public and does not have a parent company. No publicly held company has a 10% or greater ownership interest in DC Vote.

4. The League of Women Voters of the District of Columbia is a nonprofit corporation that does not have outstanding shares or debt securities in the hands of the public and does not have a parent company. No publicly held company has a 10% or greater ownership interest in The League of Women Voters of the District of Columbia.

Dated: July 20, 2016	Respectfully submitted,

/s/  Paul R.Q. Wolfson
PAUL R.Q. WOLFSON
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
paul.wolfson@wilmerhale.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 20, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Paul R.Q. Wolfson
PAUL R.Q. WOLFSON
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
paul.wolfson@wilmerhale.com