No. 16-7025

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

BRIAN WRENN, *et al.*,

        *Appellees,*

v.

DISTRICT OF COLUMBIA, *et al.*,

        *Appellants.*

On Appeal from the United States District Court
for the District of Columbia

**NOTICE OF INTENT OF THE STATES OF MARYLAND, CALIFORNIA, CONNECTICUT, HAWAI'I, ILLINOIS, IOWA, MASSACHUSETTS, NEW YORK, OREGON, AND WASHINGTON TO FILE AN AMICUS BRIEF IN SUPPORT OF DEFENDANTS-APPELLANTS**

The States of Maryland, California, Connecticut, Hawai'i, Illinois, Iowa, Massachusetts, New York, Oregon, and Washington intend to file an amicus brief in support of Appellants in the above-captioned appeal, and hereby provide notice of intent in accordance with Circuit Rule 29(b).

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

/s/ Joshua N. Auerbach
MATTHEW J. FADER
  *Of counsel* (not admitted in DC)
PATRICK B. HUGHES
  *Of counsel* (not admitted in DC)
JOSHUA N. AUERBACH
Assistant Attorneys General
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
Phone: (410) 576-7906
Fax: (410) 576-6955
mfader@oag.state.md.us

July 20, 2016

Attorneys for *Amicus Curiae*
State of Maryland

# CERTIFICATE OF SERVICE

      I certify that on July 20, 2016, electronic copies of this notice were served on all parties registered through the CM/ECF system.

      /s/ Joshua N. Auerbach
      JOSHUA N. AUERBACH
      Attorney for *Amicus Curiae*
      State of Maryland

      Dated: July 20, 2016